# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00255-CV

**Murray Acuff and Gladiator Energy Services, LLC, Appellants**

**v.**

**Stuart Petroleum Testers, Inc., Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. C2014-0337A, HONORABLE DON R. BURGESS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Murray Acuff and Gladiator Energy Services, LLC, have filed an agreed motion to dismiss this interlocutory appeal, indicating that the parties have settled the underlying dispute.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellants' Motion

Filed:   August 27, 2014